# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZABIAN R. CROSBY, | ) | 1:09-cv-01764 GSA |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING PLAINTIFF'S REQUEST |
| | ) | FOR DEFAULT |
| v. | ) | |
| | ) | (Document 10) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff filed this action on October 7, 2009. (Doc. 1.) On October 9, 2009, this Court granted Plaintiff's application to proceed in forma pauperis. (Doc. 3.) On that same date, the Court issued its Scheduling Order and Summons to Defendant. (Docs. 4 & 5.) Thereafter, Defendant received service of process on December 7, 2009. (Doc. 8.)

    On February 10, 2010, Plaintiff filed a Request for Entry of Default, wherein he asks the Clerk of the Court to enter default against Defendant for its purported failure to respond to the summons within sixty days. (Doc. 10.)

    Defendant has not failed to timely respond to Plaintiff's complaint. While this Court can certainly understand Plaintiff's confusion with regard to the applicable deadline for Defendant's response, there is no reason to enter default or issue an order to show cause at this time.

1    As outlined in the Scheduling Order of October 9, 2009, Defendant has 120 days from the
2    date it receives service of process within which to file the administrative record. (*See* Doc. 5 at ¶ 2
3    ["Within one hundred twenty (120) days after service of the complaint, respondent shall serve a copy
4    of the administrative record on appellant and file it with the court. The filing of the administrative
5    record shall be deemed an answer to the complaint"].) Thus, because Defendant was served on
6    December 7, 2009, Defendant has through and including April 6, 2010, within which to file the
7    administrative record in this matter. Once Defendant has filed the administrative record, Defendant
8    will be deemed to have filed an answer to Plaintiff's complaint. Here, Defendant has not failed to
9    timely respond to Plaintiff's complaint because Defendant has approximately forty-nine days
10   remaining within which to file the administrative record (2/16/10 - 4/6/10 = 49).
11       Plaintiff should refer to the Scheduling Order of October 9, 2009, for information concerning
12   due dates and deadlines as the Scheduling Order is specific to Social Security appeals and the
13   procedures related thereto.
14       In the event Defendant does not file the administrative record in a timely fashion, Plaintiff
15   is advised the Court will issue the appropriate order to Defendant.

17   IT IS SO ORDERED.
18   **Dated:   February 17, 2010**              **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE