1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZABIAN R. CROSBY, | ) | 1:09-cv-01764 GSA |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING PLAINTIFF'S APPLICATION TO PROCEED INFORMA PAUPERIS ON APPEAL** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | (Document 31) |
| | ) | |
| Defendant. | ) | |

    Plaintiff Zabian R. Crosby filed this action on October 7, 2009.  (Doc. 1.)  On October 9, 2009, the Court granted Plaintiff's application to proceed in forma pauperis.  (Doc. 3.)

    On March 18, 2011, this Court issued its Order Regarding Plaintiff's Social Security Complaint, wherein it found the Administrative Law Judge's decision was supported by substantial evidence and was free of legal error. As a result, Plaintiff's appeal was denied and judgment was entered in favor of Defendant Michael J. Astrue, Commissioner of Social Security.  (Doc. 28.)

    On May 10, 2011, Plaintiff filed a Notice of Appeal.  (Doc. 30.)  That same date, Plaintiff filed a second "Application to Proceed In District Court Without Prepaying Fees or Costs."  (Doc. 31.)

1

     Plaintiff is advised that pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who was permitted to proceed in forma pauperis in the district court action may proceed in forma pauperis on appeal without prior authorization.

     Accordingly, because the Court has previously granted Plaintiff's application to proceed without prepayment of fees on October 9, 2009, Plaintiff's second application or motion filed May 10, 2011, is DENIED as moot.

     IT IS SO ORDERED.

     Dated:   **May 12, 2011**           /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE